UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SERGIO VALDEZ-SALAS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MATHESON; STEVEN STECKLER,<br><br>　　　　　　Defendant. | Case No. CV-20-141-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Judgment is entered in favor of defendant and against plaintiff as Order in the Courts Order E.C.F. 7.

　　　Dated this 15th day of November, 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Emily M. Hamnes
　　　　　　　　　　　　　　　　　Deputy Clerk